

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

September 28, 2015

SAMUEL GARDNER
ATTORNEY OF RECORD
2306 BLODGETT S
HOUSTON TX 77004

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/1/2015 3:05:11 PM
CHRISTOPHER A. PRINE
Clerk

Defendant's Name: GEORGIA LOVETT

Cause No 2008856

Court· CCCL#5

Please note the following appeal updates on the above mentioned cause·

**Notice of Appeal Filed Date:** 9-17-15
**Sentence Imposed Date:** 9-15-15
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** SAMUEL GARDNER

Sincerely,

L Arriaga
Criminal Post-Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    RAMONA SONNIER (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 2008856

THE STATE OF TEXAS
V.
GEORGIA LOVETT , A/K/A/ _____

**FILED** P.2
Chris Daniel
District Clerk

SEP 17 2015

Time: _____
Harris County, Texas
By _____
Deputy

County Criminal Court at Law No. 25

Harris County, Texas

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ~~SEP 17 2015~~ SEP 17 2015 (date) the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

☒ MOVES to withdraw
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

SEP 17 2015
**Date**

GEORGIA LOVETT
**Defendant (Printed name)**

**Attorney (Signature)**

SAMUEL GARDNER
**Attorney (Printed name)**

24066918
**State Bar Number**

2306 BLODGETT
**Address**

713 448 0303
**Telephone Number**

**The defendant (check all that apply):**

☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☐ ASKS the Court to ORDER that a free record be provided to him

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

**Defendant (Signature)**

Georgia Lovett
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ SEP 17 2015 _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☒ **IS NOT** indigent at this time

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☐ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☒ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set

☐ **DENIED** and is **SET** at **NO BOND** (Felony Only)

DATE SIGNED: _____ **SEP 17 2015** _____

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO **5**,
HARRIS COUNTY, TEXAS

CAUSE NO ___2008856___

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
| vs | § | COURT AT LAW NUMBER __5__ |
| __GEORGIA LOVETT__ | § | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case

☒ is not a plea-bargain case, and the defendant has the right of appeal [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal [*or*]

☐ the defendant has waived the right of appeal

SEP 2 4 2015

_____
Judge Presiding

_____
Date Signed

I have received a copy of this certification I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals Tex R App P 68 2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review

_____
Defendant

_____
Defendant's Counsel

__18303 Shore Park Rd__
Mailing address

__2406698__
State Bar of Texas ID Number

__832 207-9297__
Telephone number

__2306 Bl Crockett__
Mailing address

**FILED**
Chris Daniel
District Clerk

SEP 2 4 2015

Time._____
Harris County, Texas

__713 4480303__
Telephone number

__8885743115__
Fax number (if any)

*A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only  (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal  TEXAS RULE OF APPELLATE PROCEDURE 25 2(a)(2)

CCL Form 22                                                                                    12-04-2012

# APPEAL CARD

14th

**Court** 05    11-14-15    **Cause No.** 2008856

## The State of Texas

### Vs

Georgia Lovett

9-15-15
**Date Notice**
**Of Appeal:** 9-17-15

**Presentation:**          Vol._____ Pg._____

**Judgment:**              Vol._____ Pg._____

**Judge Presiding** James E. Anderson
**Court Reporter** Ramona Sonnier
**Court Reporter**_____
**Court Reporter**_____

**Attorney**
**on Trial** Samuel Maxwell Gardner

**Attorney**
**on Appeal** Samuel Gardner

          Appointed_____ Hired_____ ✓

**Offense** Deadly Conduct

**Jury Trial:**      Yes ✓   No_____

**Punishment**
**Assessed** 1 year HCJ probated 15 months FINE $200

**Companion Cases**
**(If Known)**_____

**Amount of**
**Appeal Bond** $8,000

**Appellant**
**Confined:**      Yes_____ No XXXX

**Date Submitted**
**To Appeal Section**_____

**Deputy Clerk** Erica Castillo

99